UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAINELL K BLACKNALL,

                    Plaintiff,

        -against-                                    25-CV-7747 (LLS)

ROCKLAND COUNTY MUNICIPAL                            ORDER OF DISMISSAL
CORPORATION, ET AL.,

                    Defendants.

LOUIS L. STANTON, United States District Judge:

        By order dated March 5, 2026, the Court directed Plaintiff to file an amended complaint

within 60 days. That order specified that failure to comply would result in dismissal of the

complaint. Plaintiff has not filed an amended complaint, and the time to do so has expired.

Accordingly, Plaintiff's federal claims are dismissed for failure to state a claim upon which relief

may be granted, 28 U.S.C. § 1915(e)(2)(B)(ii), and the Court declines supplemental jurisdiction,

under 28 U.S.C. § 1367(c)(3), of his state law claims.

        The Court directs the Clerk of Court to enter a civil judgment dismissing this action.

SO ORDERED.

Dated:    June 9, 2026
          New York, New York

                                            _____
                                                 Louis L. Stanton
                                                 U.S.D.J.