**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
 DAINELL K BLACKNALL,

                         Plaintiff,

          -against-                                25 **CIVIL** 7747 (LLS )

ROCKLAND COUNTY MUNICIPAL
CORPORATION, ET AL.,
                                             **JUDGMENT**

                             Defendants.
----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 9, 2026, and by order dated March 5, 2026, the Court directed Plaintiff to file an amended complaint within 60 days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended complaint, and the time to do so has expired. Plaintiff's federal claims are dismissed for failure to state a claim upon which relief may be granted, 28 U.S.C. § 1915(e)(2)(B)(ii), and the Court declines supplemental jurisdiction, under 28 U.S.C. § 1367(c)(3), of his state law claims; accordingly, the case is closed.

**Dated:** New York, New York

       June 10, 2026

                                    **TAMMI M. HELLWIG**

                                _____
                                    **Clerk of Court**

               **BY:**            K. Mango

                                    _____
                                    **Deputy Clerk**